# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0652
_____

MATTHEW EDWIN NEWBERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the County Court for Alachua County.
Susan Miller Jones, Judge.


June 24, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Ross Scott Haine, II, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.